# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-078-02 | MAGIS. NO: |
| V. <br> DENISE MCLEOD | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br> Nelson Brockenborrugh | |
| DOB: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO COMMIT FRAUD BY WIRE;
FRAUD BY WIRE;
FORGERY;
UTTERING;
FALSE PERSONATION;
FALSE SWEARING;
AIDING AND ABETTING

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

18:1349; 18:1343; 22 D.C. Code 3241, 3242; 22 D.C. Code 3241, 3242; 22 D.C. Code 1403; 22 D.C. Code 2404; and 22 D.C. Code 1805

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: <br> MAGISTRATE JUDGE FACCIOLA | SIGNATURE JUDGE/MAGISTRATE JUDGE <br> U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: <br> 3/22/07 |
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: <br> 3/22/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/28/07 | NAME AND TITLE OF ARRESTING OFFICER <br> D.L. BALDWIN <br> US MARSHALS | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 3/28/07 | | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |