United States District Court
For the District of Columbia

United States of America

    V.                  1:07-cr-78(GK.)

Nelson Brockenborrugh

### Opposition to Motion in Limine and Other Relief

    The defendant Brockenborrugh files the following opposition to the motion in limine filed by the government regarding statements allegedly by both defendants in this case.

    1) While counsel reviewed the pre-trial discovery, counsel does not recall any mention of a "Bruton" problem that exists in the case. The existence of the "Bruton" issue justifies the court in granting the severance requested by the defendant herein. Because of the multiplicity of statements in the case, the evils that the "Bruton".decision is designed to avoid cannot be cured by redaction or curative instructions that the court might give. to the jury in this case.

    2) The co-defendant seeks to have a severance as well and it would be in the interest of justice to have separate trials for both of the defendants. This would avoid the extensive evidence that the government seeks to introduce in a joint trial with the hope that a joint trial on some false notion of a conspiracy can sink both defendants, even though the evidence against the co-defendant is overwhelming and the defendant herein is denied a fair trial and justice.

    3) And for such reasons as may appear on the hearing of the motion,.

Sol Z. Rosen Esq. #10967
2501 Calvert Street NW
Washington, D.C. 20008
(202) 296-8485
Fax(202) 296-9375

The Certificate of Service

I certify that a copy of the above has been served by ECF filing on the office of co-counsel and the office of the United States Attorney on the 17th   Day of May 2007..

Sol Z. Rosen Esq.

United States District Court
For the District of Columbia

United States of America

    V.                1:07-cr-78(GK.)

Nelson Brockenborrugh

### ORDER

Upon consideration of the motion in limine filed by the office of the United States Attorney, and the opposition filed thereto, the same is denied. The Court will sever the case and grant to each defendant a separate trial.

_____
Judge, United States District Court

copies to:

Barbara Kittay Esq.
Assistant United States Attorney-Criminal division
555 4th Street NW
Washington, D.C. 20001


Sol Z. Rosen Esq.
2501 Calvert Street NW #212
Washington, D.C. 20008

Michael Lawlor Esq.
8305 Ivy Lane #704
Greenbelt Maryland 20770