UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-0078 (GK) |
| v. | : | |
| **NELSON BROCKENBORRUGH,** | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE REGARDING THE INTRODUCTION OF**
**DEFENDANT BROCKENBORRUGH'S STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its notice regarding the introduction of defendant Nelson Brockenborrugh's statement at trial:

1. On March 22, 2007, a grand jury charged defendants Denise McLeod and Nelson Brockenborrugh with conspiracy to commit wire fraud, a substantive count of wire fraud, and D.C. Code offenses of first degree fraud, forgery and uttering. They were also charged with aiding and abetting one another in their efforts to fraudulently obtain a parcel of real estate located at 1133 Sixth Street, N.W., in Washington, D.C.

2. At a motions hearing held on June 11, 2007, the government presented the Court with copies of FBI reports regarding statements taken from each defendant. The Court directed that the government submit, by October 1, 2007, a proposal for admitting the statements, appropriately redacted pursuant to Bruton v. United

-2-

States, 389 U.S. 818 (1968).  *See also* Gray v. Maryland 523 U.S. 185 (1998); Richardson v. Marsh, 481 U.S. 200 (1987).

    3.  On September 24, 2007, defendant Denise McLeod pleaded guilty to the indictment and therefore will not participating in a joint trial with defendant Brockenborrugh.  Accordingly, the government now intends to present the statement of defendant Brockenborrugh without redacting any of its content.

    WHEREFORE, the government serves notice of its intention to introduce the statement of defendant Brockenborrugh without redacting any of its content.

                                Respectfully submitted,

                                JEFFREY A. TAYLOR
                                United States Attorney
                                for the District of Columbia

                                     /s/

        By:  _____
              Barbara E. Kittay
              D.C. Bar No. 414216
              Aaron Mendelsohn
              D.C. Bar No. 467570
              Assistant U.S. Attorneys
              555 4th Street, N.W.
              Washington, D.C.  20530
              (202) 514-9732