```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA      :
                              :
                              :
        v.                    :       Cr. No. 07-0078 (GK)
                              :
                              :
NELSON BROCKENBORRUGH,        :
                              :
              Defendant       :
```

## GOVERNMENT'S PROPOSED PRELIMINARY STATEMENT AND VOIR DIRE QUESTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully proposes the following preliminary statement and voir dire questions:

## PRELIMINARY STATEMENT

The defendant is charged with conspiracy to commit wire fraud, wire fraud, and other offenses. It is alleged that the defendant conspired with others to obtain real property for no money or very little money, using false and forged documents and oral misrepresentations. Specifically, it is alleged that the defendant, a friend of his named Denise McLeod, and others conspired and schemed to forge and file a deed to a house and property located at 1133 Sixth Street, N.W., and their purpose was to re-sell the property for profit.

-2-

When it was discovered that the owner of the property was dead at the time the deed was supposed to have been signed, the defendant and Ms. McLeod tried to trick the heirs of the estate into selling the property for a fraudulently depressed price, by making numerous misrepresentations.

The wire fraud offenses are based on allegations that contract documents were sent by fax to the victims, as the defendant and others tried to finalize their purchase of the property at the fraudulently depressed price.

Finally, the defendant is charged with aiding and abetting Ms. McLeod's forging the deed -- that is, the actual writing of the dead man's "signature" on the deed, by Ms. McLeod -- and he is charged with aiding and abetting the uttering of the deed -- that is, the act (by Ms. McLeod) of handing that deed to a clerk at the office of the District of Columbia Recorder of Deeds, so that it could become an official record.

The defendant denies these charges.

## PROPOSED VOIR DIRE QUESTIONS

1. Based on this information, does any member of the jury panel believe that he or she knows anything about this case?

2. Is there anything about the nature of the charges in this

-3-

case that might affect your ability to render a fair and impartial verdict if you are chosen as a juror?

    3.  [Introduction of the defendant]

    4.  The United States is represented by Assistant United States Attorneys Barbara Kittay and Aaron Mendelsohn.  The defendant is represented by Sol Rosen.  Does any member of the panel know any of the parties or legal representatives of the parties in the case?

    5.  During the presentation of evidence by the United States, you may hear testimony from or about the following persons: [List to be provided at trial].

    6.  [Introduction of potential defense witnesses, if any.] Does any member of the panel know any of the prospective witnesses in the case?

    7.  Some of the government witnesses are law enforcement officers.  Have any of you, any members of your family, or any close friends, had an experience with any law enforcement, or police officer, or with any person associated with or employed by the United States Attorney's Office or the Court, which would make it difficult for you to be a fair or impartial juror in this case? (Answers to be taken at the bench)

    8.  Have you or any of your relatives or any close friends ever worked, in any capacity, for any type of law enforcement agency, including: the Federal Bureau of Investigation, the United

-4-

States Secret Service, the Internal Revenue Service, the Metropolitan Police Department, the United States Marshal Service, the United States Park Police, the Immigration and Naturalization Service and any other law enforcement agency?

    a.   If the answer is yes, what was the nature of the employment?

    b.   Would this employment affect your ability to be a fair and impartial juror in this case?

9. Has any member of the jury panel, or any of your immediate family members or close friends, studied law or had any legal training?

    a.   If the answer is yes, what was the nature of the studies or training?

    b.   Would this study or training affect your ability to follow the Court's instructions as to the law that should be applied in this case?

10. Have you or any of your relatives or any close friends ever worked, in any capacity, with or for a defense attorney or an investigator working for a defense attorney?

    a.   If the answer if yes, what was the nature of the employment?

    b.   Would this employment affect your ability to be fair and impartial juror in this case?

11. Has any member of the jury panel ever served as a juror

-5-

in the trial of a criminal case?  Is there anything about your prior experience as a juror which would affect your ability to be a fair and impartial juror in this case?

12.  Has any member of the jury panel ever served as a grand juror?  Is there anything about your prior experience as a grand juror which would affect your ability to be a fair and impartial juror in this case?

13.  Has any member of the jury panel, or any of your relatives or close friends, been a witness to, a victim of, or arrested for and/or charged with a crime within the last 10 years? (Answers to be taken at the bench)

14.  Is there any member of the jury panel who has any moral, religious or philosophical convictions which would make it difficult for you to pass judgment on another person or to render a judgment in this case based solely upon the evidence presented during the trial?  (Answers to be taken at the bench)

15.  Are there any among you who has a hearing problem such that it would make it difficult for you to hear tape recordings, or an eyesight problem which would make it difficult to view projections of photographs, all of which may be presented as part of the evidence in this case?

16.  Do any of you have an illness, or other medical condition which would make it difficult for you to sit as a juror?  (Answers to be taken at the bench)

-6-

17.  Do any of you need to take any medication which might cause drowsiness or otherwise make it difficult for you to remain alert and attentive during these proceedings? (Answers to be taken at the bench)

18.  The trial may last two weeks.  Is there any member of the jury panel who has an urgent or extremely important matter to attend to such that he or she would be faced with a hardship if selected for the jury in this case?  (Answers to be taken at the bench)

19.  Do any of you know of any reason whatever, even if not covered by the Court's questions, why you could not or should not sit as a juror in this case or why you could not render a fair and impartial verdict based upon the evidence and the law as you shall hear it?  (Answers to be taken at the bench)

* * * * *

## ADDITIONAL VOIR DIRE QUESTIONS

A.  Have you ever been involved in the purchase or transfer of real estate, or have any experience with how deeds are filed and real property is transferred?

B.  Have you ever purchased real estate as an investment or for profit, or for any purpose other than to use it as a personal residence?

-7-

C. Have you ever purchased real estate with another person, who was not a family member, spouse, or domestic partner?

D. Do you now or have you ever lived in a transitional neighborhood, where property values are quickly rising or falling?

E. Has any juror served at the executor or representative of the estate of a relative?

F. Would any juror have a problem evaluating the evidence in a conspiracy case where only one of the co-conspirators is on trial?

        Respectfully submitted,

        JEFFREY A. TAYLOR
        D.C. Bar No. 498610
        UNITED STATES ATTORNEY


        Barbara E. Kittay
        D.C. Bar No. 414216
        Aaron Mendelsohn
        D.C. Bar No. 467570
        Assistant United States Attorneys
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 514-6940
        Barbara.Kittay@usdoj.gov
        Aaron.Mendelsohn@usdoj.gov