UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Criminal Case No. 07-0078 (GK) |
| **NELSON BROCKENBORRUGH,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## MOTION TO COMPEL TESTIMONY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to issue an order pursuant to the provisions of Title 18, United States Code, Section 6001 et. seq., compelling Kenneth Silbert ("the said witness") to give testimony or provide other information, which he refuses to give or provide on the basis of his privilege against self-incrimination, as to all matters about which he may be interrogated at trial, and respectfully alleges as follows:

1.   The said witness has been subpoenaed to testify at trial; and

2.   In the judgment of the undersigned, the testimony or other information from the said witness may be necessary to the public interest; and

3.   The said witness has indicated, through counsel, that he is likely to refuse to testify or provide other information on the basis of his privilege against self incrimination; and

4. This application is made with the approval of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice pursuant to the authority vested in her by 18 U.S.C. Section 6003 and 28 C.F.R. Section 0.175. A copy of the letter from said Assistant Attorney General expressing such approval is attached hereto as Government's Exhibit A.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____

Aaron H. Mendelsohn
Assistant United States Attorney
D.C. Bar No. 467570
555 4th Street, N.W. (Room 4239)
Washington, DC 20530
Phone: 202-514-9519
Fax: (202) 514-601

# GOVERNMENT'S EXHIBIT A

TOTAL P.02



U.S. Department of Justice

Criminal Division

_Assistant Attorney General_                        _Washington, D.C. 20530_

OCT - 3 2007

The Honorable Jeffrey A. Taylor
United States Attorney
District of Columbia
Judiciary Center
555 Fourth St. N.W.
Washington, DC 20530

Attention:   Aaron H. Mendelsohn
             Assistant United States Attorney

Re:   _United States v. Nelson Brockenborrugh_

Dear Mr. Taylor:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Columbia for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Kenneth Silbert to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

Sincerely,

Alice S. Fisher
Assistant Attorney General

Barry Sabin
Deputy Assistant Attorney General
Criminal Division

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal Case No. 07-0078 (GK) |
| NELSON BROCKENBORRUGH, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

Upon consideration of the Government's Motion to Compel Testimony, and it appearing to the satisfaction of the Court:

    1.    That Kenneth Silbert ("the said witness") has been subpoenaed to testify at trial; and

    2.    That in the judgment of the United States Attorney's Office for the District of Columbia, the said witness is likely to refuse to testify on the basis of his privilege against self-incrimination; and

    3.    That in the judgment of the United States Attorney's Office for the District of Columbia, the testimony of the said witness may be necessary to the public interest; and

    4.    That the aforesaid motion filed herein has been made with the approval of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. section 6003 and 28 C.F.R. Section 0.175 and 0.132.

THEREFORE, IT IS ORDERED THAT: pursuant to 18 U.S.C. Section 6002, Kenneth Silbert give testimony and provide information which he would otherwise refuse to give or provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated at trial.

IT IS FURTHER ORDERED THAT: No testimony or other information obtained in this matter from Kenneth Silbert, directly or indirectly, may be used against Kenneth Silbert in any criminal case, except a prosecution for perjury, giving false statements, or otherwise failing to comply with this Order.

_____
United States District Judge

Dated: October \_\_\_\_\_, 2007

cc:
Aaron Mendelsohn
Assistant United States Attorney
D.C. Bar No. 467-570
555 4th Street, N.W. (Room 4239)
Washington, DC 20530