UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 07-0078 (GK) |
| : | |
| NELSON BROCKENBORRUGH, : | **FILED** |
| : | |
| Defendant. : | OCT 1 6 2007 |
| : | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

<u>ORDER</u>

Upon consideration of the Government's Motion to Compel Testimony, and it appearing to the satisfaction of the Court:

1. That Kenneth Silbert ("the said witness") has been subpoenaed to testify at trial; and

2. That in the judgment of the United States Attorney's Office for the District of Columbia, the said witness is likely to refuse to testify on the basis of his privilege against self-incrimination; and

3. That in the judgment of the United States Attorney's Office for the District of Columbia, the testimony of the said witness may be necessary to the public interest; and

4. That the aforesaid motion filed herein has been made with the approval of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. section 6003 and 28 C.F.R. Section 0.175 and 0.132.

THEREFORE, IT IS ORDERED THAT: pursuant to 18 U.S.C. Section 6002, Kenneth Silbert give testimony and provide information which he would otherwise refuse to give or provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated at trial.

IT IS FURTHER ORDERED THAT: No testimony or other information obtained in this matter from Kenneth Silbert, directly or indirectly, may be used against Kenneth Silbert in any criminal case, except a prosecution for perjury, giving false statements, or otherwise failing to comply with this Order.

_____
United States District Judge

Dated: October 15, 2007

cc:
Aaron Mendelsohn
Assistant United States Attorney
D.C. Bar No. 467-570
555 4th Street, N.W. (Room 4239)
Washington, DC 20530