UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-0078 (GK) |
| | : | |
| v. | : | |
| | : | |
| **NELSON BROCKENBORRUGH,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S ADDITIONAL PROPOSED JURY INSTRUCTION

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached jury instruction for Aiding and Abetting Forgery and Uttering, and respectfully requests permission to submit additional instructions, as time permits.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

/s/
_____
Barbara E. Kittay
D.C. Bar No. 414216
Aaron Mendelsohn
D.C. Bar No. 467570
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov
Aaron.Mendelsohn@usdoj.gov

**Instruction 4.43 (modified)**

**AIDING AND ABETTING FORGERY AND UTTERING**

**1. Aiding and Abetting Forgery**

The essential elements of the offense of forgery, each of which the government must prove beyond a reasonable doubt are:

1. That the defendant falsely made or signed a written instrument or aided and abetted in the making of a false written instrument;

2. That the defendant did so with the specific intent to defraud or injure another and without the consent of the complainant; and

3. That the written instrument is or appears to be a deed or other written instrument which does or may evidence, create, transfer, terminate or otherwise affect a legal right, interest, obligation, or status.

An intent to defraud is not to be presumed from the mere making of a false instrument. It may be found, however, on the basis of some affirmative act, such as the passing of the written instrument, or on the basis of other circumstances in evidence.

To establish that the written instrument is or appears to be a deed, the government must prove that a person of ordinary intelligence, looking at the written instrument, would believe it to be a deed.

To establish that the written instrument is or appears to be a valid legal document, the government must prove that it could be used in a legal transaction. The government need not prove that the document would have been accepted or approved by the Recorder of Deeds. But if no person of ordinary intelligence, looking at the written instrument, would think that it was of legal significance and therefore capable of being used to the detriment of another, you could not

-2-

find that the written instrument is or appears to be a valid legal document.

## 2. Aiding and Abetting Uttering

The essential elements of the offense of uttering, each of which the government must prove beyond a reasonable doubt, are:

1. That the written instrument in question was falsely made or signed;

2. That the defendant presented the written instrument or aided and abetted the presentation of the written instrument to the Recorder of Deeds;

3. That the defendant did so, that is he aided and abetted another, knowing that the written instrument was not genuine, but was falsely made or signed;

4. That the defendant acted with the specific intent to defraud or injure another and without the consent of the complainant; and

5. That the written instrument appears from its fact to be a deed or other written instrument which does of may evidence create, transfer, terminate or otherwise affect a legal right, interest, obligation, or status.

To establish the first essential element of the offense, the government need not prove that the whole written instrument was falsified, but only that it have contained some material misrepresentation of fact.  The government need not prove that the defendant or any other specific individual falsely made or signed the written instrument.

To establish the second essential element of the offense, the government must prove beyond a reasonable doubt that the defendant presented the written instrument or aided and abetted the presentation of the written instrument to the Recorder of Deeds.  It is also necessary that the defendant have claimed or demonstrated by words or actions – or aided and abetted the

-3-

claim or demonstration by words or actions – that the written instrument was genuine.

To act with the specific intent to defraud is to act knowingly and with the specific intent to deceive or cheat, ordinarily for the purpose of either causing some financial loss to another or bringing about some financial gain to oneself. It is not necessary that anyone actually have been defrauded or actually have suffered loss.

It is not necessary that the defendant have had the intent to defraud any particular person or organization. It is necessary, however, that the defendant have had the specific intent to defraud someone.

To establish that the written instrument is or appears to be a deed, the government must prove that a person of ordinary intelligence, looking at the written instrument, would believe it to be a deed.

To establish that the written instrument is or appears to be a valid legal document, the government must prove that it could be used in a legal transaction. The government need not prove that the document would have been accepted or approved by the Recorder of Deeds. But if no person of ordinary intelligence would think that the written instrument was of legal significance and therefore capable of being used to the detriment of another, you could not find that the written instrument is of appears to be a valid document.