UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-0078 (GK) |
| | : | |
| v. | : | |
| | : | |
| **NELSON BROCKENBORRUGH,** | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S THIRD SUBMISSION OF PROPOSED JURY INSTRUCTIONS

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following information, attached jury instruction, and proposed verdict form, and states as follows:

1. The government has reviewed the three cases decided by the United States Court of Appeals for the District of Columbia Circuit, on the issue of a "willful blindness" or "deliberate ignorance" instruction. *See* United States v. Alston-Graves, 435 F.3d 331, 341 (D.C. Cir. 2006); United States v. Mellen, 393 F.3d 175, 181 (D.C. Cir. 2004); United States v. Gallo, 543 F.2d 361. 367 (D.C. Cir. 1976). Because the government will rely on evidence of actual knowledge, and not actions "purposely contrived to avoid" knowledge (*Alston-Graves*, *supra*, 435 F.3d at 341), the government will withdraw its request for the instruction at this time.

2. The government submits a proposed instruction, consistent with United States v. Ringwalt, 213 F. Supp. 2d 499, 511, n. 14 (E.D. Pa. 2002) (attached to this pleading as "Exhibit 1").

-2-

3. The government submits a proposed verdict form (attached to this pleading as "Exhibit 2").

                              Respectfully submitted,

                              JEFFREY A. TAYLOR
                              UNITED STATES ATTORNEY

                                    /s/
_____
Barbara E. Kittay
D.C. Bar No. 414216
Aaron Mendelsohn
D.C. Bar No. 467570
Assistant United States Attorneys
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov
Aaron.Mendelsohn@usdoj.gov

**Instruction \_\_\_\_**

The government has offered evidence concerning the defendant's sexual affair with co-conspirator Denise McLeod. You may not consider this evidence as a substitute for proof that the defendant committed the crimes charged. Nor may you consider the evidence as proof that the defendant has a criminal personality or bad character.

The evidence of the sexual affair was admitted for the more limited purpose as evidence which in the government's view, tends to explain the nature of the relationship, the opportunity for communication and possible trust between the parties, and to challenge the defendant's credibility with respect to his prior statements or alleged omissions about their relationship.

Evidence of this relationship may not be considered by you for any other purpose and you may not use the evidence to conclude that because the defendant committed these other acts, he is of bad character or that he must have committed the acts charged in the indictment.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**   :   Criminal No. 07-0078 (GK)
                               :
       **v.**                   :
                               :
**NELSON BROCKENBORRUGH,**     :
                               :
       **Defendant.**           :

### VERDICT FORM

We, the jury, unanimously return the following verdict:

1. With respect to Count One, Conspiracy to Commit Fraud by Wire, we the jury find the Defendant Nelson Brockenborrugh:

    _____ Not Guilty    _____ Guilty

2. With respect to Count Two, Fraud by Wire, we the jury find the Defendant Nelson Brockenborrugh:

    _____ Not Guilty    _____ Guilty

If your verdict as to Count Two is Guilty, please answer the following two questions:

(a) Do you find that the defendant faxed or caused to be faxed the proposed contract for sale of 1133 Sixth Street, N.W.

    _____ Yes    _____ No

(b) Do you find that the defendant faxed or caused to be faxed the letter falsely representing the results of a title search of the property?

    _____ Yes    _____ No

-2-

3.   With respect to Count Three, First Degree Fraud and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

　　　_____ Not Guilty　　　_____ Guilty

4.   With respect to Count Four, Forgery and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

　　　_____ Not Guilty　　　_____ Guilty

5.   With respect to Count Five, Uttering a Forged Document and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

　　　_____ Not Guilty　　　_____ Guilty


　　　　　　_____
　　　　　　　　Foreperson

_____　　　　_____

_____　　　　_____

_____　　　　_____

_____　　　　_____

_____　　　　_____

_____　　　　_____