UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*United States of America*
Plaintiff,

v.

*Nelson Brockenbrough*
Defendant.

Criminal ~~Civil~~ Action No. 07-78-02 (GK)

**FILED**

OCT 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

_Barbara Kittay (AUSA)_
_Joel Rosen - Defense Counsel_