**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,      :

:

:

v.              :      **Criminal No. 07-78 (GK)**

:

NELSON BROCKENBORRUGH,   :      **FILED**

:

Defendant.        :     OCT 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**NOTE FROM JURY**

Your honor,
    We have reached a verdict on
Count 2.

Date: 10/31/2007

_____
Foreperson

Time: 11:27 am