# \

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **Criminal No. 07-78 (GK)** |
| | : | |
| NELSON BROCKENBORRUGH, | : | **FILED** |
| | : | |
| Defendant. | : | OCT 3 1 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## VERDICT FORM

We, the jury, unanimously return the following verdict:

1.   With respect to Count One, Conspiracy to Commit Fraud by Wire, we the jury find the Defendant Nelson Brockenborrugh:

_____ Not Guilty      ___✓_____      Guilty

2.   With respect to Count Two, Fraud by Wire, we the jury find the Defendant Nelson Brockenborrugh:

_____ Not Guilty      _____      Guilty

If your verdict as to Count Two is Guilty, please answer the following two questions:

   a.   Do you find that the Defendant faxed or caused to be faxed the proposed contract for sale of 1133 Sixth Street, N.W.?

_____ Not Guilty      _____      Guilty

   b.   Do you find that the Defendant faxed or caused to be faxed the letter falsely representing the results of a title search of the property?

_____ Not Guilty      _____      Guilty

3.   With respect to Count Three, First Degree Fraud and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

_____✓_____ Not Guilty    _____    Guilty

4.   With respect to Count Four, Forgery and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

_____✓_____ Not Guilty    _____    Guilty

5.   With respect to Count Five, Uttering a Forged Document and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

_____✓_____ Not Guilty    _____    Guilty

_____
Foreperson

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____