#2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                           :
        v.                 :   Criminal No. 07-78 (GK)
                           :
NELSON BROCKENBORRUGH,     :      **FILED**
                           :
        Defendant.         :      OCT 3 1 2007

                              NANCY MAYER WHITTINGTON, CLERK
                                  U.S. DISTRICT COURT

**VERDICT FORM**

We, the jury, unanimously return the following verdict:

1. With respect to Count One, Conspiracy to Commit Fraud by Wire, we the jury find the Defendant Nelson Brockenborrugh:

    _____ Not Guilty     ___✓___ Guilty

2. With respect to Count Two, Fraud by Wire, we the jury find the Defendant Nelson Brockenborrugh:

    _____ Not Guilty     ___✓___ Guilty

If your verdict as to Count Two is Guilty, please answer the following two questions:

    a. Do you find that the Defendant faxed or caused to be faxed the proposed contract for sale of 1133 Sixth Street, N.W.?

    _____ Not Guilty     ___✓___ Guilty

    b. Do you find that the Defendant faxed or caused to be faxed the letter falsely representing the results of a title search of the property?

    ___✓___ Not Guilty     _____ Guilty

#2

3. With respect to Count Three, First Degree Fraud and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

____✓____ Not Guilty        _____ Guilty

4. With respect to Count Four, Forgery and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

____✓____ Not Guilty        _____ Guilty

5. With respect to Count Five, Uttering a Forged Document and Aiding and Abetting, we the jury find the Defendant Nelson Brockenborrugh:

____✓____ Not Guilty        _____ Guilty


_____
Foreperson