UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-78 (GK) |
| | : |
| NELSON BROCKENBORRUGH, | : |
| | : |
| Defendant. | : |

**FILED**

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

For Count 3, First Degree Fraud, must the scheme be successful to prove the crime beyond a reasonable doubt? Referring specifically to the third element - "the defendant obtained property of another or caused another to lose property" - does the defendant need to have ~~obtained the property?~~ succeeded in doing that?

Date: 10/29/07

Time: 5:02 pm

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-78 (GK) |
| | : | |
| NELSON BROCKENBORRUGH, | : | **FILED** |
| | : | |
| Defendant. | : | OCT 3 0 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

For Count 3, First Degree Fraud, must the scheme be successful to prove the crime beyond a reasonable doubt. Referring specifically to the third element – "the defendant obtained property of another or caused another to lose property" – does the defendant need to have obtained that property? succeeded in doing that?

Ladies and Gentlemen, the answer to your question is "yes", the scheme must be successful in order to prove Count 3 beyond a reasonable doubt. G. Kessler – Oct. 30, 2007, 9:40 a.m.

Date: 10/24/07

Time: 5.02 pm

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-78 (GK) |
| | : | |
| NELSON BROCKENBORRUGH, | : | **FILED** |
| | : | |
| Defendant. | : | OCT 3 0 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTE FROM JURY

After intense deliberation, we remain unable to reach agreement on count #2.

Also, please be aware that before the lunch recess I made two mistaken marks on the verdict form regarding count 2, believing in haste that they referred to counts ~~1 & 2~~ 3 & 4

Date: 10/30/07

Time: 4:02

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 07-78 (GK) |
| | : |
| NELSON BROCKENBORRUGH, | : |
| | : |
| Defendant. | : |

**FILED**

OCT 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTE FROM JURY

We have agreed on four of five counts and find ourselves unable to agree on the fifth. We are requesting instructions on how to proceed.

Date: 10/30/07

Time: 12:17

Foreperson