IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v | : | Crim. No 07-78-02 (GK) |
| | : | |
| NELSON BROCKENBORROGH | : | |

ENTRY OF APPEARANCE

Undersigned counsel, having been retained to represent Defendant in the United States Court of Appeals for the District of Columbia Circuit, and having filed a Notice of Appeal in the case, hereby enters his appearance, as counsel for Defendant in the above case, for purposes of seeking appropriate relief in the District Court.

Respectfully submitted

/s/

Richard K. Gilbert
Bar. No. 939884
601 Pennsylvania Avenue, N.W.
Suite 900, South Building
Washington, D.C.  20004
(202) 898-0857
(202) 544-0024 (fax)
rkgesq@juno.com

Attorney for Defendant

1