# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 07-CR-78-02 (GK) |
| NELSON BROCKENBORROGH ) | |
| ) | |

## NOTICE OF APPEAL

Name and address of appellant: Nelson Brockenborrogh

**FILED**

FEB 15 2008

Clerk, U.S. District and Bankruptcy Courts

Name and address of appellant's attorney:
　Richard K. Gilbert
　601 Pennsylvania Avenue, N.W.
　Suite 900, South Building
　Washington, D.C., 20004

Offense: Conspiracy to commit wire fraud

Concise statement of judgment or order, giving date, and any sentence:
　Guilty as to count one and two.
　Sentence imposed February 14, 2008
　46 months incarceration, 2 years supervised release
　　$10,000.00 fine, $200.00 assessment

Name and institution where now confined, if not on bail:

　　I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

2/15/08
DATE

_____
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT APPEAL, NO FEE [ ]
CJA, NO FEE [ ]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?　　YES [X]　NO [ ]
Has counsel ordered transcripts?　　YES [X]　NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?　YES [ ]　NO [X]

**RECEIVED**
FEB 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT