HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 14 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA          :   Docket No.: <u>CR-07-078-02</u>
                                  :
vs.                               :
                                  :
BROCKENBORRUGH, Nelson            :   Disclosure Date: <u>December 26, 2007</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                          _____
Prosecuting Attorney                                          Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

                                                      _Joe Pizer_   1/4/08
_____                          _____
Defendant           Date                             Defense Counsel    Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **January 9, 2008**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**Receipt and Acknowledgment**                                                                 Page 2

See ECF Filing MADE TODAY

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____

United States District Court
For the District of Columbia

United States of America

V.                                    Criminal No.07-0078(GK)

Nelson Brockenborrough

## Opposition to Presentence Report

The defendant, appearing through counsel, files the following opposition to the presentence report of the probation department of the court.

1) The defendant objects to the paragraph 29, which includes and imposes twelve points based upon the alleged intended loss to the owners of the property. In fact there was no loss as the owners of the property refused to sell the house and the allegation that the intended loss was $300,000 in mere speculation. The fact analysis presented by the probation department and the memo of the government are not supported by the record. The key protagonist in this case was the co-defendant who pled guilty and was sentenced to two tears in jail for her guilty plea to all of the counts of the indictment .Mr. Brockenborrugh was found not guilty on two counts of the indictment and part (b) of count 2. Thus alleged role in this matter, although found guilty by the jury, was minimal and the addition of twelve points was improper.

2) Regarding the additional points for role in the offense, paragraph 31,this is not supported by the record. The owner of the property testified that she was "not certain" that the defendant said he was a United States Marshall and the badge that he carried was a retirement badge from the police department rather than a Marshal's badge. His work at the Superior Court

is regulated by the U.S. Marshal's office and it is quite apparent that the individuals who claim that they heard him say that he was part of the "Marshals" service is erroneous. There is no factual basis for the additional two points when the real leader who engaged in the entire criminal conduct was Mrs. McLeod. Mr. Brockenborrow never resented himself to the complainant that he held a position of trust which is the basis of the enhancement. She in fact testified that she met him only on a few occasions and never had any telephone conversations with him. The allegations of the government's memo are not supported by the record which the court will have before it.

3) There is no evidence of obstructing justice in this case and the allegations of the government are without merit. The transcript of the proceedings will sustain the defendants position.

4) There is no basis for the imposition of a fine in this case.

5) The defendant suggests that the sentenced be imposed on the level 7 as stated by the guidelines with a criminal history of one.

_____
Sol Z. Rosen #10967
2501 Calvert Street NW #212
Washington D.C. 20008
(202) 296-8485
Fax(202) 296-8485

The Certificate of Service

I certify that a copy of the above was served by ECF on January 4, 20008 on all parties.

_____
Sol Z. Rosen
