UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-78 (GK) |
| | : | |
| NELSON BROCKENBORRUGH, | : | **FILED** |
| | : | |
| Defendant. | : | MAR 0 7 2008 |
| | | Clerk, U.S. District and Bankruptcy Courts |

## ORDER

The Defendant has moved for Bond Pending Appeal. His request fails to satisfy the requirements of 18 U.S.C. § 314(b)(1). One of those requirements is "(B) That the appeal raises a substantial question of law or fact likely to result in" a reversal, an order for a new trial, or a reduced sentence. The Court does not believe that any of those three outcomes is likely to result or that the appeal raises a substantial question of law or fact.

WHEREFORE, it is this 6th day of March, 2008, hereby

ORDERED, that the Defendant's Motion for Bond Pending Appeal is **denied**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**