IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. : 07-78-02 (GK) |
| v. : | |
| NELSON BROCKENBORRUGH : | |
| Defendant. : | |

**GOVERNMENT'S OPPOSITION TO DEFENSE MOTION
TO STAY SENTENCE OF INCARCERATION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes the defendant's motion to stay sentence of incarceration until receipt of trial transcripts and the opportunity to litigate pending motion for bond pending appeal. In support of its opposition, the United States relies on the following points and authorities and such other points and authorities as may be cited at a hearing on this motion.

In an Order dated March 6, 2008, the Court denied the defendant's motion for bond pending appeal. The next day, March 7, 2008, the defendant filed the above-referenced motion to stay sentence of incarceration. In the new motion, the defendant seeks to stay his incarceration until he has obtained and reviewed the trial transcripts in an attempt to find a "substantial question of law or fact" likely to result in reversal, an order for a new trial, or a reduced sentence. The Court must find that such a substantial question of law or fact exists before the Court is justified in delaying the defendant's incarceration, pursuant to 18 U.S.C. § 3143(b)(1)(B).

As the defendant notes in the motion for stay of incarceration, since both defense counsel and government counsel are new to this case, the Court is in the best position to determine whether there

is a substantial question of law or fact that justifies delaying the defendant's incarceration. After considering the arguments raised in the defendant's motion for bond pending appeal, which are the same as those raised in the current motion for stay of incarceration, the Court concluded that it did not believe the defendant's appeal would raise a substantial question of law or fact.

There is no reason to delay the defendant's sentence so that defense counsel can search the transcripts for a substantial question of law or fact that likely will require reversal, a new trial or a reduced sentence when the Court has already opined that such a legal issue does not exist. If the defendant believes that a review of the transcripts reveals a legal issue arising to that substantial level, he may no doubt renew this motion or raise that legal issue through the normal appellate process. In the meantime, the government submits that the defendant should begin serving his sentence when instructed to do so by the Bureau of Prisons.

WHEREFORE, the government respectfully requests that the defendant's motion to stay incarceration should be denied.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney
    D.C. Bar No.498 610

By: _____
    FREDERICK W. YETTE
    Assistant United States Attorney
    D.C. Bar No. #385391
    Federal Major Crimes Section
    555 4th Street, N.W., 4th Floor
    Washington, D.C.  20530
    (202) 353-1666
    Frederick.Yette@usdoj.gov