HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

**MAR 1 0 2008**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

Nelson Brockenborough Jr.                Docket No.: CR-07-078-02

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Nelson Brockenborough Jr.** having been sentenced, on February 14, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to ____FCI Fairton____, in ____Fairton, NJ____ by 2 p.m., on ____March 27, 2008____.

March 10, 2008
Date

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                DEFENDANT

Revised 6-2004